**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 25, 2012

No. 11-11137
Summary Calendar

Lyle W. Cayce
Clerk

FORREST DESMIT,

Plaintiff-Appellant,

versus

DALLAS FORT WORTH INTERNATIONAL AIRPORT BOARD,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:11-CV-360

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Forrest DeSmit sued his employer under various theories that generally alleged employment discrimination. In a thorough and careful memorandum

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-11137

opinion, the district court dismissed all claims as lacking merit.

DeSmit, *pro se* as in the district court, appeals but does not explain how, in his view, the district court erred. The failure to brief is fatal to any claim.

"Because [the plaintiff] has failed to brief any issue, his appeal is frivolous and is dismissed. *See* 5TH CIR. R. 42.2." *Hawkins v. Woods*, No. 11-10731, 2012 U.S. App. LEXIS 4189, at \*2 (5th Cir. Mar. 1, 2012) (per curiam).

This appeal, likewise, is frivolous and subject to dismissal under Rule 42.2. Even if we were to consider the correctness of the judgment, we would affirm on the basis of the district court's convincing discussion of the issues raised in that court.

The appeal is DISMISSED.